# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 29, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130811

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                             SC: 130811
COA: 257587
Ottawa CC: 03-026929-FC

BENJAMIN DOUGLAS PATRICK ZIKE,
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the February 21, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 29, 2006

                                 Clerk

d0821